**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 19, 2011

**VIA ECF**
The Honorable Andrew L. Carter
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Kuzecki v. Northstar
       11 CV 3771 (RRM) (ALC)**

Dear Magistrate Judge Carter:

I represent the plaintiff in the above matter. The parties have resolved the matter and request that the conference scheduled for October 26, 2011 be adjourned.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Paul A. Sanders, Esq.